Klein v CGB Publ. PTY Ltd. (2021 NY Slip Op 51055(U))

[*1]

Klein v CGB Publ. PTY Ltd.

2021 NY Slip Op 51055(U) [73 Misc 3d 135(A)]

Decided on November 10, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 10, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Hagler, Silvera, JJ.

570206/18

Ariella Klein, Plaintiff-Appellant, 
against
CGB Publishing PTY Ltd. d/b/a Franchising USA Magazine and
Colin Bradbury, Defendants-Respondents.

Plaintiff appeals from an order of the Civil Court of the City of New York, New York
County (Denise M. Dominguez, J.), entered June 26, 2020, which, upon reargument, adhered to a
prior determination denying any award of liquidated damages and limiting her recovery after
inquest to the principal sum of $2,500.

Per Curiam.
Order (Denise M. Dominguez, J.), entered June 26, 2020, affirmed, without costs.
The inquest court correctly refused to award liquidated damages pursuant to Labor Law
§ 198(1-a). The statutory remedy of liquidated damages is "limited to actions for wage
claims founded on the substantive provisions of Labor Law article 6" and such damages are not
recoverable, as here, in a common-law contractual remuneration action (De La Cruz v
Caddell Dry Dock & Repair Co., Inc., 22 AD3d 404, 406 [2005], quoting Gottlieb v
Kenneth D. Laub & Co., 82 NY2d 457, 464 [1993], rearg denied 83 NY3d 801
[1994]; see APF Mgt. Co., LLC v Munn, 151 AD3d 668, 671 [2017]; Miles A.
Kletter, D.M.D. & Andrew S. Levine, D.D.S., P.C. v Fleming, 32 AD3d 566, 567
[2006]; Slotnick v RBL Agency, 271 AD2d 365 [2000]). Nor could plaintiff interject a
substantive Labor Law claim for the first time at inquest (see CPLR 3215[b]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 10, 2021